# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR.S. 06-269 EJG
     )
JOSE ANTONIO ORTEGA-CAMPOS )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( **X** ) Ad Prosequendum     ( ) Ad Testificandum.

Name of Detainee:     JOSE ANTONIO ORTEGA-CAMPOS

Detained at (custodian):     CSP FOLSOM STATE PRISON

Detainee is:   a.)   () charged in this district by:
    (X) Indictment     ( ) Information     ( ) Complaint
    Charging Detainee With: Deported Alien Found in the United States
  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
  or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

    Signature: /s/ Michael M. Beckwith
    Printed Name & Phone No: MICHAEL M. BECKWITH/916-554-2797
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
DATED: July 11, 2006.

    _____
    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jose Ortega-Campos | Male X | Female |
| Booking or CDC #: | F06677 | DOB: | |
| Facility Address: | 100 Prison Road | Race: | |
| | Repressa, CA 95670 | FBI #: | 963571PB6 |
| Facility Phone: | 916-985-8610 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                            (Signature)

G:\DOCS\KJM\Kim\Priority\campos-ortega.wpd
Form Crim-48                                   Revised 11/19/97