```
1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  JOSE ANTONIO ORTEGA-CAMPOS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. CR-S-06-269 EJG
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER
13      v.                       )
                                 )
14 JOSE ANTONIO ORTEGA-CAMPOS,   ) Date: September 8, 2006
                                 ) Time: 10:00 A.M.
15                               )
                                 ) Judge: Hon. Edward J. Garcia
16              Defendant.       )
   _____ )
17
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHAEL BECKWITH, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that a new date of September 8, 2006

22 be set for status.

23       The parties are awaiting a pre-plea report from United States

24 probation.  Once the report is received, the defense needs time to

25 review the report with the defendant and the defendant will need time

26 to consider his options.

27       It is stipulated and agreed between the parties that the period

28 beginning August 11, 2006 to September 8, 2006 should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: August 17, 2006

            Respectfully submitted,

            DANIEL BRODERICK
            Federal Defender

            /s/NED SMOCK
            NED SMOCK
            Assistant Federal Defender
            Attorney for Defendant
            JOSE ANTONIO ORTEGA-CAMPOS

            MCGREGOR W. SCOTT
            United States Attorney

Dated:  August 17, 2006

            /s/ MICHAEL BECKWITH
            MICHAEL BECKWITH
            Assistant U.S. Attorney

**********

**ORDER**

**IT IS SO ORDERED.**

DATED:__August 18, 2006_____

            /s/ Edward J.Garcia
            HONORABLE EDWARD J. GARCIA
            District Court Judge